IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **OSCAR MEJIA and FRANCISCO RAMIREZ, on behalf of themselves and others similarly situated,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**KVK-TECH, INC. and 110 TERRY DR. LP,**<br><br>*Defendants.* | Case No. 2:19-cv-04841-JDW |

## ORDER

**AND NOW**, this 4th day of September, 2020, upon consideration of Plaintiffs' Unopposed Motion for Approval of the Settlement (ECF No. 27), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that, pursuant to 29 U.S.C. § 216(b), the Motion is **GRANTED.**

It is **FURTHER ORDERED** that the proposed settlement is **APPROVED**.

It is **FURTHER ORDERED** that Plaintiffs' counsel shall prepare (or have prepared) a version of the settlement agreement translated into Spanish and shall make copies of the translated settlement agreement available to all members of the collective.

It is **FURTHER ORDERED** that the Court will retain jurisdiction over this matter for purposes of enforcing the settlement.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.